FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **98 - 162** |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| **Alejandro Louis Stinson** ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the **Central Dist. of CA** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3                  convincing evidence that he is not likely to pose
 4                  a risk to the safety of any other persons or the
 5                  community.  Defendant poses a risk to the safety
 6                  of other persons or the community based on:
 7                  _____
 8                  _____
 9                  _____
10                  _____
11                  _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13                  convincing evidence that he is not likely to flee
14                  if released.  Defendant poses a flight risk based
15                  on: _____
16                  _____
17                  _____
18                  _____
19                  _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  5/29/08
24
25                                    HONORABLE JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge
26
27
28
```